

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00338-CV

| | | |
|---|---|---|
| Town of Shady Shores | § | From the 442nd District Court |
| | § | of Denton County (14-02914-158) |
| v. | | |
| | § | January 18, 2018 |
| Sarah Swanson | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We affirm the trial court's order denying summary judgment for Appellant Town of Shady Shores (the Town) on Appellee Sarah Swanson's Uniform Declaratory Judgments Act (UDJA) claims seeking: (1) a declaration that the Town's termination of her employment was void under the Texas Open Meetings Act; (2) injunctive relief relating to the Town's making agendas and meeting recordings for past and future Town meetings available to the public; and (3) attorney's fees for those claims. We dismiss for lack of jurisdiction: (1) Swanson's UDJA claims for back pay; (2) her UDJA claims based on violations of her rights under article I, section 9 of the

Texas Constitution, seeking both reinstatement and declaratory relief; and (3) her free speech claim.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mark T. Pittman_____
    Justice Mark T. Pittman